| Fill in this information to identify the case: |
|---|
| Debtor name **Boatwright Farms, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) **26-41100** |

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| **1a. Real property:** Copy line 88 from *Schedule A/B* | $ | **0.00** |
| **1b. Total personal property:** Copy line 91A from *Schedule A/B* | $ | **1,310,670.00** |
| **1c. Total of all property:** Copy line 92 from *Schedule A/B* | $ | **1,310,670.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | **4,609,893.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | **1,011,312.00** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **5,621,205.00** |



Case 26-41101-JJR12 Doc 18 Filed 10/07/26 Entered 10/07/26 21:55:17 Desc Main Document Page 1 of 1